STATE *v.* SHAW.

Section 5 of *c.* 8, Laws of 1875, authorizing all registered pharmacists "to keep spirituous liquors for compounding their medicines," does not authorize them to sell spirituous liquor not compounded with medicine.

INDICTMENT, for the sale of two glasses of spirituous liquor to one Thomas J. Sweat, Feb. 6, 1876.   Sweat and the defendant testified that the defendant sold Sweat two ounces of whiskey, in February, 1876.   The defendant offered in evidence a certificate of a registered pharmacist, issued to him by the commissioners of pharmacy.   The court excluded it, and the defendant excepted.   The defendant also excepted to the instructions of the court directing the jury to return, with a general verdict, answers to certain questions, finding particular facts.   The jury answered the questions, and found the defendant guilty, and he moved for a new trial.

*Wheeler*, for the defendant.

*Shackford*, solicitor, for the state.

DOE, C. J.   Section 5 of *c.* 8, Laws of 1875, authorizing all registered pharmacists "to keep spirituous liquors for compounding their medicines," does not authorize them to sell spirituous liquor not mixed with medicine.   The defendant's testimony proved the offence charged in the indictment.   His guilt and the correctness of the general verdict being established by his own testimony, it is not necessary to consider his exception to the exclusion of his certificate, or his exception to the instructions which required the jury to answer certain questions.

*Judgment on the verdict.*